FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT -6 AM 11: 36

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IAN HARRIS,

    Plaintiff,

v.

JOHN PAUL; BREE HIGGINS;
TAMARA BENNETT; and
LISA WARNOCK,

    Defendants.

CIVIL ACTION NO.: CV610-001

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Second Amended Report and Recommendation, to which no objections have been filed. Accordingly, the Second Amended Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's double jeopardy and equal protection claims are **DISMISSED**.

**SO ORDERED**, this ___6___ day of ___Oct___, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)