UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IAN HARRIS,

Plaintiff,

v.                6:10-cv-1

JOHN PAUL, et al.,

Defendant.

## ORDER

On January 4, 2010, Ian Harris ("Harris") filed a civil rights action alleging that he was forcibly medicated as punishment for committing a number of assaults in violation of his due process rights. *See* Doc. 1. He filed an amended complaint re-alleging the same basic facts on August 31, 2010. *See* Doc. 18. In his amended complaint, Harris claims that: (1) his due process rights were violated; (2) he was subjected to double jeopardy; (3) he was unlawfully subjected to excess punishment; and (4) his equal protection rights were violated. *See id.* The Court dismissed Harris's claims relating to double jeopardy and equal protection, but allowed the others to proceed. *See* Doc. 24.

Harris filed a Motion for Voluntary Dismissal, *see* Doc. 31, which this Court granted on January 24, 2011, *see* Doc. 32. Harris has now filed a Motion to Withdraw his Motion for Voluntary Dismissal. *See* Doc. 34.

The motion has already been granted and the case dismissed. As a result, it is too late for Harris to withdraw the motion. The Court notes, however, that the case was dismissed without prejudice, and was not an adjudication of the merits.

Harris's Motion to Withdraw his Motion to for Voluntary Dismissal, *see* Doc. 34, is ***DENIED***.

For the same reasons, Harris's Motion to Dismiss Defendant Bennett's Answer, *see* Doc. 35, his Motion to Strike the Answers of Defendants Warnock and Higgins, *see* Doc. 36, and his Motion for Relief from Order, *see* Doc. 37, are also ***DENIED***.

This 3rd day of February 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA